IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-01316-MSK-BNB

DEMETRIO A. VALERGA,

    Plaintiff,

v.

NEAL ASH, Detective, and
JOHN DOE, Property Sergeant,

    Defendants.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

**ORDERED** that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

**FURTHER ORDERED** that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

DATED this 22nd day of September, 2010.

BY THE COURT:

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01316-MSK-BNB

Demetrio A. Valerga
Prisoner No. 140338
Delta Correctional Center
4102 Sawmill Mesa Road
Delta, CO 81416

US Marshal Service
Service Clerk
Service forms for: Neal Ash

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Neal Ash: AMENDED COMPLAINT FILED 6/28/10, ORDER FILED 9/16/10, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 9/22/10

                                  GREGORY C. LANGHAM, CLERK

                                  By:_____
                                          Deputy Clerk