IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-01316-MSK-BNB

DEMETRIO A. VALERGA,

Plaintiff,

v.

NEAL ASH, Detective, and
JOHN DOE, Property Sergeant,

Defendants.

_____

**ORDER**
_____

This matter arises on a document captioned Amended Complaint [Doc. # 23, filed

12/6/2010] from the plaintiff.  I will construe the document as a motion for leave to amend, and I

will refer to it as the "Motion."  The Motion is DENIED.

The Motion indicates that the plaintiff seeks to join the City of Thornton as a defendant.

No amended complaint is submitted, however.  To seek leave to amend, the plaintiff must submit

a motion to amend describing generally the amendments requested and the grounds for those

amendments, and must attach as an exhibit to the motion a proposed amended complaint that

contains all claims against all parties which the plaintiff seeks to assert.  The amended complaint

cannot incorporate or rely on a previous complaint.

IT IS ORDERED:

(1)     Doc. # 23 is construed as a motion to amend; and

(2)     The Motion [Doc. # 23] is DENIED.

Dated December 14, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

.