IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 10-cv-01316-MSK- BNB | Date: February 24, 2011 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

DEMETRIO A. VALERGA,                                         Pro se

       Plaintiff(s),

v.

NEAL ASH, and                                                         Courtney Kramer
PROPERTY SERGANT,(sic)                                    Eric Ziporin

       Defendant(s).

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:     2:55 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED: Motion to subpoena records [ Doc.#28; filed 1/21/11] is granted for reasons stated on the record.**

**ORDERED: Motion to stay [Doc. #30; filed 1/31/11] is granted for reasons stated on the record.**

**ORDERED: Motion to grant extension of time [ Doc.#37; filed 2/9/11] is denied as moot for reasons stated on the record.**

Court in Recess:     3:25 p.m.     Hearing concluded.     Total time in Court: 00:30

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.